UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASIRUS MA'AT EL, and CARL MARTIN,
                Plaintiffs,                      07 civ 2680 (JGK)

        -against-
                                             **ORDER OF DISMISSAL**

BRONX CRIMINAL COURT,
                Defendants.
------------------------------------------------------------X
**JOHN G. KOELTL, DISTRICT JUDGE:**

      The plaintiff, having been advised by order of October 10, 2007 that if good cause was not shown by November 16, 2007 why the summons and complaint were not served on the defendant(s), the case would be dismissed for failure to prosecute, and,

      Having no record of any response to this Court or service made on the defendant(s) by the plaintiff,

      It is hereby ordered that the above captioned matter is **dismissed without prejudice for failure to prosecute**, pursuant to Fed.R.Civ.P. 4(m).

**SO ORDERED.**

                                                                  JOHN G. KOELTL
                                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         January  , 2008

